UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLORIA D. DICKERSON,

                Plaintiff,

      v.

BPP PCV OWNERS LLC,

                Defendant.

21-CV-9003 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 28, 2022, the Court granted Defendant's motion to dismiss the complaint for failure to state a claim, but also granted Plaintiff leave to amend within 30 days of that order. *See* Dkt. 34.  **On October 31, 2022, Plaintiff filed an "Amended Motion in Opposition to Defendant's Motion to Dismiss."** *See* Dkt. 35.  **No later than December 2, 2022, Plaintiff shall file a letter indicating whether she intended this filing to be construed as an Amended Complaint.**

Plaintiff is advised that she may contact the NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York, which is independent from the Court, to seek assistance with this action.  Attached to this order is a flyer containing information about the NYLAG clinic.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    November 2, 2022
              New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge