UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLORIA D. DICKERSON, <br><br> Plaintiff, <br><br> v. <br><br> BPP PCV OWNERS LLC, <br><br> Defendant. | 21-cv-9003 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

The Court received the attached letter from Plaintiff Gloria Dickerson, proceeding *pro se*, requesting an extension of the time by which to file her opposition to Defendant's motion to dismiss the Amended Complaint. The Court hereby grants Ms. Dickerson until May 31, 2023 to file her opposition, and Defendant shall be given until June 7, 2023 to file its reply, if any.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   May 10, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge

RECEIVED
2023 MAY -3 PM 9: 18
U S DISTRICT COURT SDNY

May 2, 2023

Honorable Ronnie Abrams
United States District Court
  Southern District of New York
U.S. Courthouse — 500 Pearl Street
New York, New York 10007

Re: Case No. 21-cv-9003 (RA)
     GLORIA D. DICKERSON v. BPP Owners LLC

Dear Judge Abrams,
  Plaintiff writes to the Court to request an Extension to reply to Defendant's recent Motion received via regular U.S. Mail on Friday, April 28, 2023. Your Honor, your consideration to the request for additional time to reply is appreciated. Thank you.

Respectfully submitted,
Gloria D. Dickerson
GLORIA D. DICKERSON, Pro Se
PLAINTIFF