UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GLORIA D. DICKERSON,

                Plaintiff,

-against-                                            21 **CIVIL** 9003 (LTS)

                                                                               **JUDGMENT**

BPP PCV OWNERS LLC,

                Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated November 6, 2024, the Defendant's motion to dismiss the Second Amended Complaint is granted in its entirety. Plaintiff's federal claims under the FHA are dismissed with prejudice, and the Court declines to exercise supplemental jurisdiction of any state or local law claims. Judgment entered in favor of Defendant and the case is closed.

**Dated:** New York, New York

       November 7, 2024

                                                                      **DANIEL ORTIZ**
                                                                **Acting Clerk of Court**

                               **BY:**      _____
                                                                 **Deputy Clerk**